# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-20581-BB

Plaintiff: **MANUELA ESPINOSA-GARTZKE,**
vs.
Defendant: **NCL (BAHAMAS) LTD.,a Bermuda Company d/b/a NORWEGIAN CRUISE LINE,**

For:
Spencer Aronfeld, Esq.
Aronfeld Trial Lawyers
1 Alhambra Plaza
Penthouse
Coral Gables, FL 33134

Received by Lisa Gonzalez (Miami - Dade Process Server) on the 11th day of February, 2025 at 7:57 pm to be served on **NCL (BAHAMAS) LTD. A BERMUDA COMPANY D/B/A NORWEGIAN CRUISES LINES, 7300 NW 19TH ST, # 100, MIAMI, FL 33126**.

I, Henry Pinto, do hereby affirm that on the **18th day of February, 2025** at **11:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY** with the date and hour of service endorsed thereon by me, to: **JOANNA JARA** as **PARALEGAL** for **NORWEGIAN CRUISES LINES**, at the address of: **7300 NW 19TH ST, # 100, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

_____
**Henry Pinto**
#2351

**Lisa Gonzalez (Miami - Dade Process Server)**
**2540 SW 16th Terrace**
**Miami, FL 33145**
**(305) 458-6395**

Our Job Serial Number: LGN-2025000046

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a