UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20581-BB

MANUELA ESPINOSA-GARTZKE,

    Plaintiff,

v.

ROYAL CARIBBEAN GROUP

    Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW ATTORNEY, ABBY H. IVEY,
AS COUNSEL OF RECORD FOR PLAINTIFFS**

COMES NOW, the undersigned law firm, ARONFELD TRIAL LAWYERS, pursuant to Local Rule 11.1(d), and requests an order of this Court allowing Ms. Abby H. Ivey, Esq. to withdraw as counsel for Plaintiffs and in support states:

1. Ms. Abby Ivey, Esq. is no longer with the law firm of Aronfeld Trial Lawyers. Plaintiffs will continue to be represented by Spencer M. Aronfeld, Esq. and Matthias M. Hayashi, Esq. of Aronfeld Trial Lawyers, 1 Alhambra Plaza, Penthouse, who have already appeared in this case.

2. Prior to leaving the firm and the filing of the instant Motion, the undersigned gave notice to the client and opposing counsel, as required by Local Rule 11.1(d)(3)(A), and the undersigned received no opposition to the relief requested in this Motion.

WHEREFORE, the undersigned respectfully requests this Court enter an Order granting the motion to withdraw Abby H. Ivey, Esq., as counsel of record for Plaintiff.

[SPACE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(B), the undersigned counsel conferred with opposing counsel, who does not oppose the requested relief.

Respectfully Submitted,

**ARONFELD TRIAL LAWYERS**
One Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
P:      (305) 441 - 0440
F:      (305) 441 – 0198

*/s/Spencer Aronfeld*
**Spencer M. Aronfeld, Esq.**
Florida Bar No. 905161
aronfeld@aronfeld.com
**Matthias M. Hayashi, Esq.**
Florida Bar No. 115973
mhayashi@aronfeld.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/Spencer Aronfeld*
**Spencer M. Aronfeld, Esq.**